**Fill in this information to identify the case:**

Debtor name: **Brandy Boy Properties, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Valdivia Landscaping<br>1115 Juniper Ave<br>South Lake Tahoe, CA 96150 | | | | | | $675.00 |
| AVD Security<br>1300 Galaxy Way, Unit 21<br>Concord, CA 94520 | | | | | | $36.99 |
| Boulder Exterminators Inc<br>PO Box 17000<br>South Lake Tahoe, CA 96151 | | | | | | $75.00 |
| Boulders Casitas Condo Assoc, The<br>PO Box 105260<br>Atlanta, GA 30348-5260 | | | | | | $405.00 |
| C. L. Raffety, CPA<br>Tax Collector<br>PO Box 678002<br>Placerville, CA 95667-8002 | | | | | | $28,260.04 |
| Charter Communications<br>PO Box 790086<br>Saint Louis, MO 63179-0088 | | | | | | $233.45 |
| City of Scottsdale<br>PO Box 52799<br>Phoenix, AZ 85072-2799 | | | | | | $66.67 |
| Green Leaf A/C & Heating<br>106 Green Pasture<br>Hutto, TX 78634 | | | | | | $626.77 |

Debtor **Brandy Boy Properties, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Liberty Utilities California Pacific Electric Co. PO Box 80374 City of Industry, CA 91716-8374 | 800-782-2506 | | | | | $225.39 |
| Maricopa County Treasurer PO Box 52133 Phoenix, AZ 85072-2133 | | | | | | $2,019.07 |
| South Tahoe Public Utility 1275 Meadow Crest Drive South Lake Tahoe, CA 96150 | | | | | | $529.83 |
| Southwest Gas Corp PO Box 98890 Las Vegas, NV 89193-8890 | | | | | | $300.79 |
| Williamson County Tax Office 904 S. Main St. Georgetown, TX 78626 | | | | | | $7,400.09 |
| Zalanta Association PO Box 105007 Atlanta, GA 30348 | Rmoore2@vailresorts.com | | | | | $3,182.26 |